Mark A. PHILLIPS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 424, 2015

Supreme Court of Delaware.

Submitted: April 21, 2016

Decided: June 20, 2016

AFFIRMED.

Lionel HICKMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 161, 2016

Supreme Court of Delaware.

Submitted: June 14, 2016

Decided: June 20, 2016

DISMISSED.

Lee ISRAEL, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 141, 2016

Supreme Court of Delaware.

Submitted: May 3, 2016

Decided: June 20, 2016

AFFIRMED.

Larry D. MARVEL, Plaintiff Below–Appellant,

v.

NEW CASTLE COUNTY SUPERIOR COURT, et al., Defendants Below–Appellees.

No. 122, 2016

Supreme Court of Delaware.

Submitted: April 29, 2016

Decided: June 21, 2016

AFFIRMED.